**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re:  Case No.: 6:22-bk-00391-TPG
Sheila Miranda Baez

Debtors
_____/

## OBJECTION TO CLAIM 6 OF LVNV FUNDING, LLC

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by US Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Ste. 5100, Orlando, FL 32801, and serve a copy on the movant's attorney, Lampley Law Office, 5237 Summerlin Commons Blvd., Ste. 217, Fort Myers, FL 33907, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, the Debtor, by and through undersigned Counsel, files this Objection to Claim No. 6 of LVNV FUNDING, LLC ("Creditor"), and in support thereof would state as follows:

1. Creditor has filed Claim 6 on February 8, 2022.

2. The documents attached to Creditors proof of claim show the last transaction date as July 25, 2000; and the last payment date as December 27, 2002.

3. The documents attached to the claim show that the debt upon which claim 6 is based is unenforceable against the Debtor as a matter of law and therefore should be disallowed.

WHEREFOR, Debtor prays this Court sustain this objection, disallow Claim No. 6 of Creditor, and grant such other relief as is just and proper.

>Respectfully Submitted,
>
>By: /s/ Jeffrey Lampley
>Jeffrey Lampley, Esq.
>*Attorney for Debtor*
>Florida Bar No.: 0111591
>**Lampley Law Office**
>5237 Summerlin Commons Blvd.
>Ste. 217
>Fort Myers, FL 33907
>239-275-2289
>JLampley@lampleylaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2022, a true and correct copy of the Debtor's Amended Objection to Claim No. 5 of Bridgecrest Credit Company, LLC has been furnished via CM/ECF or United States first class mail to:

Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790

Debtor

Corporation Service Company, Registered Agent, LVNV Funding, LLC, 1201 Hays St., Tallahassee, FL 32301

Suzanne Dickson, Secured Bankruptcy Specialist, Resurgent Capital Services, LP, PO Box 10587, Greenville, SC 29603

>By: /s/ Jeffrey Lampley
>Jeffrey Lampley, Esq.
>*Attorney for Debtor*
>Florida Bar No.: 0111591
>**Lampley Law Office**
>5237 Summerlin Commons Blvd.
>Ste. 217
>Fort Myers, FL 33907
>JLampley@lampleylaw.com